153 So. 296

## STEWART v. STATE.
### 8 Div. 892.

Court of Appeals of Alabama.
March 6, 1934.

Raymond Murphy, of Florence, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, Judge.

The prosecution originated in the justice of the peace court, in which court defendant was convicted, from which conviction defendant appealed to the circuit court.

The record discloses no statement of the case by the solicitor, or a waiver of the same as is required by section 3843, Code 1923. In the absence of this statement, or a waiver thereof, the circuit court was without jurisdiction to proceed, and the judgment must be reversed and the cause remanded. Owens v. State, 19 Ala. App. 573, 99 So. 155.

Reversed and remanded.

153 So. 296

## CULBERT v. STATE.
### 7 Div. 994.

Court of Appeals of Alabama.
March 6, 1934.

W. M. Beck, of Fort Payne, for appellant.
Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, Judge.

The indictment sufficiently charges the offense and was not subject to any ground of demurrer assigned.

The evidence for the state tends to prove the crime as charged, and therefore the question of guilt was for the jury.

There is no reversible error in the record, and the judgment is affirmed.

Affirmed.